## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   RENITA M THOMAS                              CASE NO: 09-07673
                                                     CHAPTER 13


DEBTORS(S)                                           JUDGE:  JANET S BAER


                                                    NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn,
files this Notice of  Final Cure Payment. The amount required to cure the default in the claims listed
below has been paid in full.

**Name  of Creditor:**     CITIMORTGAGE INC

--------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0006 | 2004721891 | $ 10,847.37 | $ 10,847.37 | $ 10,847.37 |

Total Amount Paid the Trustee                                        $    10,847.37

--------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__    Through the Chapter 13 Conduit               X    Direct by the Debtor(s)

--------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the
Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s)
have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are
otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)


The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's
proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:09-07673

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 04th day of    December, 2012.


Debtor(s)

RENITA M THOMAS
3238 W 85TH ST
CHICAGO IL 60652

Debtors Attorney

ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO IL 606030000


Mortgage Arrearage Creditor

CITIMORTGAGE INC
PO BOX 6941
THE LAKES NV 88901-6941


Electronic Service US Trustee


Date: December 4, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603